# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:15-MJ-316-BK |
| | § | |
| BILAL ABOOD | § | |

## DETENTION ORDER

On this day, a hearing was held on the Government's *Motion for Detention*. Doc. 6. Defendant **BILAL ABOOD,** appeared in person and through counsel, an Assistant Federal Public Defender, and announced ready to proceed. The government appeared by and through an Assistant United States Attorney, who likewise announced ready.

After considering the testimony of the sole witness, a special agent of the Federal Bureau of Investigation, the Court finds probable cause to believe that Defendant **BILAL ABOOD** committed a violation of 18 U.S.C. § 1001, to-wit: making a materially false statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation.

Furthermore, based on the testimony, the pretrial services report, and the factors listed in 18 U.S.C. § 3142(g), and, for the reasons stated on the record at the hearing, the Court finds by a preponderance of the evidence that there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required, and by clear and convincing evidence that there is no condition or combination of conditions of release which will reasonably assure the safety of the community or other person(s). Accordingly, the Government's motion for detention is **GRANTED**.

It is **ORDERED** that Defendant **BILAL ABOOD,** is committed to the custody of the Attorney General and United States Marshal pending further proceedings in this case.

It is **ORDERED** that while in the custody of the Attorney General and the United States Marshal, Defendant **BILAL ABOOD** be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is **ORDERED** that Defendant **BILAL ABOOD**, while in custody, be afforded reasonable opportunity for private consultation with counsel.

It is further **ORDERED** that, on an Order of a Court of the United States or at the request of the attorney for the Government, the person in charge of the corrections facility in which Defendant **BILAL ABOOD** is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with court proceedings in the Northern District of Texas.

**SIGNED** May 15, 2015.

---
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE